AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Davis, Diane | Utica, NY | 11/06/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

220 U.S. Courthouse
10 Broad Street
Utica, New York 13501

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 |
| 2. | Co-Trustee | Trust #2 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 11/06/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Bonacquisti Brothers & Assoc., Inc. - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Central NY and Capital District Bankruptcy Bar Assns. | 11/08/2013 - 11/09/2013 | Cooperstown, NY | Bar Associations Annual Bankruptcy Conference | mileage, meals, hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| | |
|---|---|
| **Name of Person Reporting** | **Date of Report** |
| **Davis, Diane** | 11/06/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 11/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 | | | | | | | | | |
| 2. -Fidelity Advisors Small Cap Fund Class A | A | Int./Div. | J | T | | | | | |
| 3. -PACE Money Market Investment Fund Class P | A | Int./Div. | | | Closed | 12/31/13 | J | A | |
| 4. -Henderson Global Investors Intl Opport Fund A | A | Int./Div. | J | T | | | | | |
| 5. -Mainstay Large Cap Growth Fund Class A | A | Int./Div. | J | T | | | | | |
| 6. -MFS Value Fund Class A | A | Int./Div. | J | T | | | | | |
| 7. -Pioneer Mid Cap Value Fund Class A | A | Int./Div. | J | T | | | | | |
| 8. -FT Templeton Global Bond A | A | Int./Div. | J | T | | | | | |
| 9. -PIMCO Total Return Fund Class A | A | Int./Div. | J | T | | | | | |
| 10. -USB Bank USA Dep Acct | A | Int./Div. | J | T | | | | | |
| 11. -JP Morgan Core Bond Fund Select | A | Int./Div. | J | T | | | | | |
| 12. -Oppenheimer Intl Bond FD Class A | A | Int./Div. | | | Sold | 06/06/13 | J | A | |
| 13. -Virtus Multi-Sector Short Term Bond Fund Class A | A | Int./Div. | J | T | | | | | |
| 14. -Manning & Napier FD, Inc. World Opportunities | A | Int./Div. | J | T | | | | | |
| 15. -FT Templeton Global Bond A | A | Int./Div. | J | T | | | | | |
| 16. -Calamos Market Neutral Income Fund Class A | A | Int./Div. | | | Sold | 06/06/13 | J | A | |
| 17. -IShares MSCI EAFE Index Fund | A | Int./Div. | | | Sold | 06/06/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -UBS PACE Money Market Investment Fund Class P Short Term | A | Int./Div. | | | Closed | 12/31/13 | J | A | |
| 19. -UBS PACE Large Company Growth Equity Investment Fund Class | A | Int./Div. | J | T | Sold (part) | 06/15/13 | J | A | |
| 20. -UBS PACE Intl Emerging Mkts Equity Investment Fund Class P | A | Int./Div. | J | T | | | | | |
| 21. -UBS PACE Large Company Value Equity Investment Fund Class P | A | Int./Div. | J | T | Sold (part) | 06/15/13 | J | A | |
| 22. -UBS PACE International Equity Investment Fund Class P | A | Int./Div. | J | T | | | | | |
| 23. -UBS PACE Small/Medium Co Value Equity Investment Fund | A | Int./Div. | J | T | | | | | |
| 24. -UBS Global Real Estate Securities Investment Fund Class P (Y) | | | | | | | | | |
| 25. -UBS Government Sec Fixed Income Investment Fund | A | Int./Div. | J | T | | | | | |
| 26. -UBS Strategic Fixed Income Investment Fund Long | A | Int./Div. | J | T | | | | | |
| 27. -UBS High Yield Investments Class P | A | Int./Div. | J | T | | | | | |
| 28. -CSRSX | A | Int./Div. | J | T | | | | | |
| 29. -GATEX | A | Int./Div. | J | T | | | | | |
| 30. -FMI Large Cap Fund | A | Int./Div. | J | T | Buy (add'l) | 06/06/13 | J | | |
| 31. -Riverpark/Wedgewood Retail Funds | A | Int./Div. | K | T | Buy (add'l) | 06/06/13 | J | | |
| 32. -DDMAX | A | Int./Div. | J | T | | | | | |
| 33. -UBS PACE Small/Medium Co Growth Equity Inv Class P | A | Int./Div. | J | T | | | | | |
| 34. -UBS PACE International Fixed Investment Class P | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 11/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -UBS PACE Alternative Strategies Investments Class P | A | Int./Div. | J | T | | | | | |
| 36. -Vanguard MSCI Emerging Markets ETF | A | Int./Div. | | | Sold | 06/06/13 | J | A | |
| 37. -SPY | A | Int./Div. | K | T | Buy (add'l) | 10/17/13 | J | | |
| 38. -JVMAX | A | Int./Div. | J | T | | | | | |
| 39. -PVFAX | A | Int./Div. | | | Sold | 06/06/13 | J | A | |
| 40. -PEEAX | A | Int./Div. | | | Sold | 06/06/13 | J | A | |
| 41. -BIL | A | Int./Div. | | | Sold | 06/06/13 | J | A | |
| 42. -BND | A | Int./Div. | J | T | | | | | |
| 43. -AQMNX | A | Int./Div. | J | T | Buy (add'l) | 06/06/13 | J | | |
| 44. -ARBFX | A | Int./Div. | J | T | | | | | |
| 45. -JHAAX | A | Int./Div. | J | T | | | | | |
| 46. -MFLDX | A | Int./Div. | J | T | | | | | |
| 47. -IAU | A | Int./Div. | | | Sold | 06/06/13 | J | A | |
| 48. UBS PaceInterim Fixed Income | A | Int./Div. | J | T | Buy | 6/15/13 | J | | |
| 49. -IWR | A | Int./Div. | J | T | Buy | 04/02/13 | J | | |
| 50. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 51. -IWP | A | Int./Div. | J | T | Buy | 08/20/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -VGK | A | Int./Div. | J | T | Buy | 10/17/13 | J | | |
| 53. -CSJ | A | Int./Div. | J | T | Buy | 10/17/13 | J | | |
| 54. -OOSAX | A | Int./Div. | J | T | Buy | 06/06/13 | J | | |
| 55. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 56. -BGCAX | A | Int./Div. | J | T | Buy | 06/06/13 | J | | |
| 57. -RLSFX | A | Int./Div. | J | T | Buy | 06/06/13 | J | | |
| 58. -ICEVX | A | Int./Div. | K | T | Buy | 06/25/13 | J | | |
| 59. Brokerage Account #2 | | | | | | | | | |
| 60. NYS Retirement Plan-No control ▒ | | None | M | T | | | | | |
| 61. Trustco | A | Interest | J | T | | | | | |
| 62. Keybank | A | Interest | L | T | | | | | |
| 63. SEFCU | A | Interest | K | T | | | | | |
| 64. HSBC | A | Interest | | | Closed | 03/01/13 | J | A | |
| 65. Citizens | A | Interest | K | T | | | | | |
| 66. Trust #1 | F | Int./Div. | P1 | T | | | | | |
| 67. -Note ▒ buyout of 50% interest in Perinton NY warehouse | E | Interest | N | T | | | | | |
| 68. -Bank Deposit Program Citibank | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 11/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -XOM | A | Int./Div. | K | T | | | | | |
| 70.  -MS Liquid Asset Fund | A | Int./Div. | M | T | | | | | |
| 71.  -EEM | A | Int./Div. | J | T | Sold (part) | 01/02/13 | K | B | |
| 72.  -EFA | A | Int./Div. | | | Sold | 01/02/13 | J | A | |
| 73.  -IWD | A | Int./Div. | | | Sold | 01/02/13 | K | B | |
| 74.  -IJK | A | Int./Div. | | | Sold | 01/02/13 | J | B | |
| 75.  -IWF | A | Int./Div. | | | Sold | 01/02/13 | K | D | |
| 76.  -IJJ | A | Int./Div. | | | Sold | 01/02/13 | J | A | |
| 77.  -Goldman Sacs Group Corporate Bond | A | Interest | J | T | Sold (part) | 05/29/13 | J | B | |
| 78.  -HYG | A | Dividend | | | Sold (part) | 01/25/13 | J | A | |
| 79. | | | | | Sold (part) | 05/17/13 | J | A | |
| 80. | | | | | Sold (part) | 05/29/13 | J | A | |
| 81. | | | | | Sold | 06/20/13 | J | A | |
| 82.  -JP Morgan Chase Corporate Bond | A | Interest | | | Sold | 05/29/13 | J | A | |
| 83.  -VZ | A | Dividend | J | T | | | | | |
| 84.  -JNJ | A | Dividend | K | T | | | | | |
| 85.  -IBM | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 11/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -MSFT | A | Dividend | J | T | Sold (part) | 10/31/13 | J | A | |
| 87. -MRK | A | Dividend | J | T | | | | | |
| 88. -INTC | A | Dividend | J | T | Sold (part) | 10/31/13 | J | A | |
| 89. -HD | A | Dividend | K | T | | | | | |
| 90. -HPQ | A | Dividend | | | Sold (part) | 10/02/13 | J | A | |
| 91. | | | | | Sold | 10/02/13 | J | A | |
| 92. -UTX | A | Dividend | K | T | | | | | |
| 93. -AXP | A | Dividend | K | T | Sold (part) | 07/01/13 | J | C | |
| 94. | | | | | Buy (add'l) | 07/03/13 | J | | |
| 95. | | | | | Sold (part) | 07/01/13 | J | C | |
| 96. | | | | | Buy (add'l) | 07/03/13 | J | | |
| 97. -BA | A | Dividend | K | T | | | | | |
| 98. -T | A | Dividend | J | T | | | | | |
| 99. -PFE | A | Dividend | J | T | | | | | |
| 100. -JPM | A | Dividend | J | T | Sold (part) | 10/31/13 | J | A | |
| 101. -PG | A | Dividend | K | T | | | | | |
| 102. -MMM | A | Dividend | K | T | Sold (part) | 01/18/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 11/06/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 01/23/13 | J | | |
| 104. | | | | | Sold (part) | 01/18/13 | J | B | |
| 105. | | | | | Buy (add'l) | 01/23/13 | J | | |
| 106.  -WMT | A | Dividend | K | T | | | | | |
| 107.  -DD | A | Dividend | J | T | | | | | |
| 108.  -GE | A | Dividend | J | T | Sold (part) | 10/31/13 | J | A | |
| 109.  -DIS | A | Dividend | K | T | | | | | |
| 110.  -KO | A | Dividend | J | T | Buy (add'l) | 02/07/13 | J | | |
| 111.  -CVX | A | Dividend | K | T | Buy (add'l) | 01/23/13 | J | | |
| 112. | | | | | Sold (part) | 01/18/13 | J | C | |
| 113. | | | | | Sold (part) | 05/14/13 | J | A | |
| 114. | | | | | Buy (add'l) | 05/16/13 | J | | |
| 115. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 116. | | | | | Sold (part) | 05/14/13 | J | A | |
| 117.  -CSCO | A | Dividend | J | T | Sold (part) | 10/31/13 | J | A | |
| 118.  -WIP | A | Dividend | J | T | Buy (add'l) | 11/01/13 | J | | |
| 119. | | | | | Sold (part) | 05/13/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 11/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -US Treasury Notes | B | Interest | J | T | Sold (part) | 01/25/13 | J | A | |
| 121. | | | | | Sold (part) | 03/22/13 | J | A | |
| 122.  -CSJ | A | Int./Div. | | | Sold | 01/03/13 | J | A | |
| 123.  -CWB | A | Int./Div. | K | T | | | | | |
| 124.  -WFC | A | Dividend | K | T | | | | | |
| 125.  -Concocophillips | A | Interest | J | T | Sold (part) | 11/05/13 | J | A | |
| 126.  -IWO | A | Int./Div. | | | Sold | 01/02/13 | J | A | |
| 127.  -TIP | A | Int./Div. | J | T | Buy (add'l) | 11/01/13 | J | | |
| 128. | | | | | Sold (part) | 05/13/13 | J | A | |
| 129.  -TBF | A | Int./Div. | K | T | Buy (add'l) | 01/03/13 | J | | |
| 130. | | | | | Buy (add'l) | 05/29/13 | J | | |
| 131. | | | | | Buy (add'l) | 08/14/13 | J | | |
| 132. | | | | | Buy (add'l) | 12/30/13 | J | | |
| 133.  -Ford Motor Credit | A | Interest | | | Matured | 10/01/13 | J | A | |
| 134.  -Proctor & Gamble Co | A | Interest | J | T | | | | | |
| 135.  -E.I. Du Pont De Nemours | A | Interest | J | T | Sold (part) | 11/05/13 | J | A | |
| 136.  -IBM Corp | A | Interest | | | Sold | 05/29/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 11/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Pepsico Inc | A | Interest | | | Sold | 05/29/13 | J | B | |
| 138. -Government of Canada | A | Interest | | | Buy (add'l) | 03/22/13 | J | | |
| 139. | | | | | Matured | 09/03/13 | K | A | |
| 140. -Australian Government | A | Interest | J | T | | | | | |
| 141. -JSOSX | A | Int./Div. | K | T | Buy (add'l) | 01/28/13 | J | | |
| 142. | | | | | Buy (add'l) | 03/26/13 | J | | |
| 143. -CAT | A | Dividend | K | T | | | | | |
| 144. -F | A | Dividend | J | T | Sold (part) | 10/31/13 | J | A | |
| 145. -USB | A | Dividend | J | T | | | | | |
| 146. -UNH | A | Dividend | K | T | Sold (part) | 10/31/13 | J | B | |
| 147. -IWN | A | Int./Div. | | | Sold | 01/02/13 | J | A | |
| 148. -Sector Rotation Account | D | Int./Div. | L | T | | | | | |
| 149. Hewlett-Packard Co Corporate Bond | A | Interest | J | T | Buy | 02/28/13 | J | | |
| 150. Walgreen Co Corporate Bond | A | Interest | J | T | Buy | 11/04/13 | J | | |
| 151. Kellogg Company Corporate Bond | A | Interest | J | T | Buy | 09/25/13 | J | | |
| 152. Conagra Foods Inc Corporate Bond | A | Interest | J | T | Buy | 11/01/13 | J | | |
| 153. Apple Inc Corporate Bond | A | Interest | J | T | Buy | 11/08/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 11/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Verizon Communications Corporate Bond | A | Interest | J | T | Buy | 09/26/13 | J | | |
| 155. US Treasury Bill | A | Interest | | | Buy | 06/27/13 | K | | |
| 156. | | | | | Matured | 08/06/13 | K | A | |
| 157. Us Treasury Bill | A | Interest | | | Buy | 09/30/13 | L | | |
| 158. | | | | | Matured | 10/24/13 | L | A | |
| 159. BA Option 80.000 MAY | | None | | | Sold | 04/09/13 | J | A | |
| 160. | | | | | Closed | 05/02/13 | J | | |
| 161. BA Option 85.000 JUL | | None | | | Sold | 05/02/13 | J | A | |
| 162. | | | | | Closed | 07/02/13 | J | | |
| 163. BA Option 87.500 AUG | | None | | | Sold | 07/02/13 | J | A | |
| 164. | | | | | Closed | 08/02/13 | J | | |
| 165. BA Optioon 95.000 NOV | | None | | | Sold | 08/05/13 | J | A | |
| 166. | | | | | Closed | 10/11/13 | J | | |
| 167. BA Option 95.000 OCT | | None | | | Sold | 08/02/13 | J | A | |
| 168. | | | | | Closed | 08/05/13 | J | | |
| 169. BA Option 110.000 DEC | | None | | | Sold | 10/11/13 | J | A | |
| 170. | | | | | Closed | 10/29/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 11/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  BA Option exp 2/22/2014 | | None | J | T | Open | 10/29/13 | J | | |
| 172.  AXP Option 72.500 JAN | | None | | | Sold | 11/11/13 | J | A | |
| 173. | | | | | Closed | 12/31/13 | J | | |
| 174.  WMT Option 75.000 DEC | | None | | | Sold | 10/07/13 | J | A | |
| 175. | | | | | Closed | 12/02/13 | J | | |
| 176.  -IEV | A | Int./Div. | J | T | Buy | 01/02/13 | J | | |
| 177.  -ILF | A | Int./Div. | J | T | Buy | 01/02/13 | J | | |
| 178.  -DIA | A | Int./Div. | J | T | Buy | 01/02/13 | K | | |
| 179.  -FEZ | A | Int./Div. | J | T | Buy | 01/02/13 | J | | |
| 180.  -MDY | A | Int./Div. | J | T | Buy | 01/02/13 | J | | |
| 181.  -SPY | A | Int./Div. | K | T | Buy | 01/02/13 | K | | |
| 182.  -VGK | A | Int./Div. | J | T | Buy | 01/02/13 | J | | |
| 183.  -VPL | A | Int./Div. | K | T | Buy | 01/02/13 | K | | |
| 184.  -EWJ | A | Int./Div. | J | T | Buy | 01/02/13 | J | | |
| 185. | | | | | Sold (part) | 07/31/13 | J | A | |
| 186.  -GXC | A | Int./Div. | | | Buy | 01/02/13 | J | | |
| 187. | | | | | Sold | 07/31/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 11/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -MCD | A | Dividend | J | T | Buy | 02/07/13 | J | | |
| 189.  -NKE | A | Dividend | J | T | Buy | 10/31/13 | J | | |
| 190.  AXP Option 72.500 JAN | | None | | | Sold | 11/11/13 | J | A | |
| 191. | | | | | Closed | 12/31/13 | J | | |
| 192.  BA Option 80.00 MAY | | None | | | Sold | 04/09/13 | J | A | |
| 193. | | | | | Closed | 05/02/13 | J | | |
| 194.  BA Option 85.00 JUL | | None | | | Sold | 05/02/13 | J | A | |
| 195. | | | | | Closed | 07/02/13 | J | | |
| 196.  BA Option 87.500 AUG | | None | | | Sold | 07/02/13 | J | A | |
| 197. | | | | | Closed | 08/02/13 | J | | |
| 198.  BA Option 95.000 NOV | | None | | | Sold | 08/05/13 | J | A | |
| 199. | | | | | Closed | 10/11/13 | J | | |
| 200.  BA Option 95.000 OCT | | None | | | Sold | 08/02/13 | J | A | |
| 201. | | | | | Closed | 08/05/13 | J | | |
| 202.  BA Option 110.000 DEC | | None | | | Sold | 10/11/13 | J | A | |
| 203. | | | | | Closed | 10/29/13 | J | | |
| 204.  UNH Option 67.5000 SEP | | None | | | Sold | 08/13/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 11/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Closed | 09/03/13 | J | | |
| 206. -EWS | A | Int./Div. | J | T | Buy | 07/31/13 | J | | |
| 207. -EWY | A | Int./Div. | J | T | Buy | 07/31/13 | J | | |
| 208. -IJR | A | Int./Div. | J | T | Buy | 01/02/13 | J | | |
| 209. -EWU | A | Int./Div. | J | T | Buy | 07/31/13 | J | | |
| 210. Trust #2 | D | Int./Div. | P1 | T | | | | | |
| 211. ___ property Middlesex, NY, Yates County | | | O | W | | | | | |
| 212. MS Liquid Asset Fund (X) | A | Int./Div. | K | T | | | | | |
| 213. -MUXAX | A | Dividend | K | T | | | | | |
| 214. -HME | B | Dividend | J | T | | | | | |
| 215. -XOM | B | Dividend | L | T | | | | | |
| 216. -EMN | A | Dividend | J | T | | | | | |
| 217. -Goldman Sacs Group Corporate Bond | A | Interest | J | T | | | | | |
| 218. -TIP | A | Int./Div. | J | T | Buy (add'l) | 11/01/13 | J | | |
| 219. | | | | | Sold (part) | 05/13/13 | J | A | |
| 220. -HYG | A | Int./Div. | | | Sold (part) | 05/17/13 | J | A | |
| 221. | | | | | Sold (part) | 05/29/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold | 06/20/13 | J | A | |
| 223. -JP Morgan Chase Corporate Bond | A | Interest | | | Sold | 05/29/13 | J | A | |
| 224. -IYT | A | Int./Div. | | | Sold | 04/01/13 | J | A | |
| 225. -EWA (Y) | | | | | | | | | |
| 226. -EPP (Y) | | | | | | | | | |
| 227. -EWU | A | Int./Div. | J | T | Buy (add'l) | 07/31/13 | J | | |
| 228. -EWQ (Y) | | | | | | | | | |
| 229. -EWL (Y) | | | | | | | | | |
| 230. -EWG | A | Int./Div. | | | Buy (add'l) | 06/13/13 | J | | |
| 231. | | | | | Sold | 07/23/13 | J | A | |
| 232. -EWJ | A | Int./Div. | J | T | Buy (add'l) | 01/02/13 | J | | |
| 233. | | | | | Sold (part) | 01/07/13 | J | A | |
| 234. | | | | | Sold (part) | 07/31/13 | J | A | |
| 235. -IEV | A | Int./Div. | J | T | Buy (add'l) | 01/02/13 | J | | |
| 236. -IWR | A | Int./Div. | J | T | | | | | |
| 237. -IJH | A | Int./Div. | J | T | Sold (part) | 01/18/13 | J | A | |
| 238. -IWM | A | Int./Div. | K | T | Sold (part) | 01/07/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 11/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  -IJR | A | Int./Div. | K | T | Buy (add'l) | 01/18/13 | J | | |
| 240. | | | | | Buy (add'l) | 01/02/13 | J | | |
| 241.  -EWS | A | Int./Div. | J | T | Buy (add'l) | 07/31/13 | J | | |
| 242.  -DIA | A | Int./Div. | K | T | Buy (add'l) | 01/02/13 | J | | |
| 243. | | | | | Buy (add'l) | 07/23/13 | J | | |
| 244. | | | | | Sold (part) | 02/21/13 | J | A | |
| 245.  -XLP (Y) | | | | | | | | | |
| 246.  -XLI (Y) | | | | | | | | | |
| 247.  -WIP | A | Int./Div. | J | T | Buy (add'l) | 11/01/13 | J | | |
| 248. | | | | | Sold (part) | 05/13/13 | J | A | |
| 249.  US Treasury Notes | A | Interest | J | T | Sold (part) | 03/22/13 | J | A | |
| 250.  Citibank Bank Deposit Program | A | Interest | J | T | | | | | |
| 251.  -CSJ | A | Int./Div. | | | Sold | 01/03/13 | J | A | |
| 252.  -CWB | A | Int./Div. | J | T | | | | | |
| 253.  -US Treasury Bills | A | Interest | | | Matured (part) | 01/15/13 | K | A | |
| 254. | | | | | Buy (add'l) | 06/27/13 | K | | |
| 255. | | | | | Matured (part) | 08/06/13 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 09/30/13 | K | | |
| 257. | | | | | Matured | 10/24/13 | K | A | |
| 258. -Conocophillips | A | Interest | J | T | | | | | |
| 259. -EWY | A | Int./Div. | J | T | Buy (add'l) | 07/31/13 | J | | |
| 260. -IWM | A | Int./Div. | | | Sold | 01/07/13 | J | A | |
| 261. -Ford Motor Credit | A | Interest | | | Matured | 10/01/13 | J | A | |
| 262. -Proctor & Gamble Co | A | Interest | J | T | | | | | |
| 263. -E.I. Du Pont De Nemours | A | Interest | J | T | | | | | |
| 264. -Government of Canada | A | Interest | | | Buy (add'l) | 03/22/13 | J | | |
| 265. | | | | | Sold | 09/13/13 | J | A | |
| 266. -Australian Government | A | Interest | J | T | | | | | |
| 267. -JSOSX | A | Int./Div. | J | T | Buy (add'l) | 01/28/13 | J | | |
| 268. | | | | | Buy (add'l) | 03/26/13 | J | | |
| 269. -MDY | A | Int./Div. | J | T | Buy (add'l) | 01/02/13 | J | | |
| 270. | | | | | Sold (part) | 01/18/13 | J | A | |
| 271. -EFA | A | Int./Div. | | | Sold (part) | 01/02/13 | J | A | |
| 272. | | | | | Sold | 06/05/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 11/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  -EEM | A | Int./Div. | J | T | Sold (part) | 01/02/13 | K | B | |
| 274. | | | | | Sold (part) | 01/08/13 | J | A | |
| 275.  -IWF | A | Int./Div. | J | T | Sold (part) | 01/02/13 | K | C | |
| 276. | | | | | Buy (add'l) | 07/23/13 | J | | |
| 277.  -IWD | A | Int./Div. | J | T | Sold (part) | 01/02/13 | K | B | |
| 278. | | | | | Buy (add'l) | 07/23/13 | J | | |
| 279.  -IWO | A | Int./Div. | J | T | Sold (part) | 01/02/13 | J | B | |
| 280. | | | | | Buy (add'l) | 07/23/13 | J | | |
| 281.  -IWN | A | Int./Div. | J | T | Sold (part) | 01/02/13 | J | A | |
| 282. | | | | | Buy (add'l) | 07/23/13 | J | | |
| 283.  -IJK | A | Int./Div. | J | T | Sold (part) | 01/02/13 | J | B | |
| 284. | | | | | Sold (part) | 07/02/13 | J | A | |
| 285. | | | | | Buy (add'l) | 07/23/13 | J | | |
| 286.  -IJJ | A | Int./Div. | J | T | Sold (part) | 01/02/13 | J | B | |
| 287. | | | | | Buy (add'l) | 07/23/13 | J | | |
| 288.  -XLY | A | Int./Div. | | | Sold | 01/07/13 | J | A | |
| 289.  -STPP | A | Int./Div. | | | Sold | 07/23/13 | J | A | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000      G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less         K =$15,001 - $50,000       L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000     O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                               P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal               R =Cost (Real Estate Only) S =Assessment              T =Cash Market
   (See Column C2)              U =Book Value              V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 11/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -IWB | A | Int./Div. | | | Sold | 02/15/13 | J | A | |
| 291. -OIH | A | Int./Div. | | | Sold | 06/20/13 | J | A | |
| 292. -SMH | A | Int./Div. | | | Sold | 04/03/13 | J | A | |
| 293. -TBF | A | Int./Div. | K | T | Buy (add'l) | 01/03/13 | J | | |
| 294. | | | | | Buy (add'l) | 05/29/13 | J | | |
| 295. | | | | | Sold (part) | 07/23/13 | J | A | |
| 296. | | | | | Buy (add'l) | 08/14/13 | J | | |
| 297. | | | | | Buy (add'l) | 12/31/13 | J | | |
| 298. -EWH | A | Int./Div. | | | Sold | 06/05/13 | J | A | |
| 299. -SPY | A | Int./Div. | K | T | Buy | 01/02/13 | K | | |
| 300. | | | | | Buy (add'l) | 07/23/13 | J | | |
| 301. -SHY | A | Int./Div. | | | Buy | 06/26/13 | K | | |
| 302. | | | | | Sold | 07/23/13 | K | A | |
| 303. -PSQ | A | Int./Div. | | | Buy | 07/02/13 | J | | |
| 304. | | | | | Buy (add'l) | 07/03/13 | J | | |
| 305. | | | | | Sold | 07/23/13 | J | A | |
| 306. -RWM | A | Int./Div. | | | Buy | 04/18/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 11/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 04/22/13 | J | | |
| 308. | | | | | Sold | 05/03/13 | J | A | |
| 309. -BIL | A | Int./Div. | | | Buy | 06/28/13 | J | | |
| 310. | | | | | Sold (part) | 07/03/13 | J | A | |
| 311. | | | | | Sold | 07/23/13 | J | A | |
| 312. -GXC | A | Int./Div. | | | Buy | 01/02/13 | J | | |
| 313. | | | | | Buy (add'l) | 06/13/13 | J | | |
| 314. | | | | | Sold (part) | 06/20/13 | J | A | |
| 315. | | | | | Sold | 07/31/13 | J | A | |
| 316. -FXY | A | Int./Div. | J | T | Buy | 01/18/13 | J | | |
| 317. | | | | | Buy (add'l) | 05/21/13 | J | | |
| 318. | | | | | Sold (part) | 06/12/13 | J | A | |
| 319. -ETFS Platinum Trust | A | Int./Div. | | | Buy | 04/16/13 | J | | |
| 320. | | | | | Sold | 06/26/13 | J | A | |
| 321. -SLV | A | Int./Div. | | | Buy | 05/20/13 | J | | |
| 322. | | | | | Buy (add'l) | 05/30/13 | J | | |
| 323. | | | | | Sold | 06/26/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 11/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  -UUP | A | Int./Div. | | | Buy | 03/19/13 | J | | |
| 325. | | | | | Sold | 04/12/13 | J | A | |
| 326.  -SPDR Gold TR | A | Int./Div. | | | Buy | 04/09/13 | J | | |
| 327. | | | | | Sold | 04/12/13 | J | A | |
| 328.  Hewlett-Packard Co corporate bond | A | Interest | J | T | Buy | 02/28/13 | J | | |
| 329.  Walgreen Co corporated bond | A | Interest | J | T | Buy | 11/04/13 | J | | |
| 330.  Kellogg Company corporate bond | A | Interest | J | T | Buy | 09/25/13 | J | | |
| 331.  Conagra Foods Inc corporate bond | A | Interest | J | T | Buy | 11/01/13 | J | | |
| 332.  Apple Inc corporate bond | A | Interest | J | T | Buy | 11/08/13 | J | | |
| 333.  Verizon Communications corporate bond | A | Interest | J | T | Buy | 09/26/13 | J | | |
| 334.  -FNX | A | Int./Div. | J | T | Buy | 01/18/13 | J | | |
| 335.  -ILF | A | Int./Div. | J | T | Buy | 01/02/13 | J | | |
| 336.  -FEZ | A | Int./Div. | K | T | Buy | 01/02/13 | J | | |
| 337.  -VGK | A | Int./Div. | J | T | Buy | 01/02/13 | J | | |
| 338.  -VPL | A | Int./Div. | K | T | Buy | 01/02/13 | K | | |
| 339.  -lake note - ▇▇▇▇ amounts due on lake house maintenance | A | Interest | J | T | Open | 02/04/13 | J | | |
| 340. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Davis, Diane | 11/06/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART I:  I serve as a Co-trustee on two trusts ⬚⬚⬚⬚⬚  The trusts were established as part of ⬚⬚⬚ estate and ⬚⬚⬚ ⬚⬚⬚ We review the status of the trusts annually to assure they meets ⬚⬚⬚ financial needs.  Upon ⬚⬚ death, the balance, if any, will go to the ⬚⬚⬚ ⬚⬚⬚ equally, ⬚⬚⬚ ⬚⬚⬚ have waived our right to receive our lawful commission from the trusts.

PART VII:

Line 66 indicates the aggregate total for Trust #1.  All of the information listed in lines 67 through 209 are the holdings for this trust.

The Sector Rotation Account at Line 148 is an account that buys stocks in Sector Rotation style for Trust #1.  All stocks within the Trust have been disclosed in Part VII.

Line 210 indicates the aggregate total for Trust #2.  All of the information listed in lines 211 through 339 are the holdings for this trust.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Diane Davis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544